UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO, SECRETARY OF LABOR,     *
United States Department of Labor,      *
                                        *
                     Plaintiff,         *
                                        *   CIVIL ACTION FILE NO. 04-11613
DPW                                         
             v.                         *
                                        *
DANCING LOBSTER, INCORPORATED and       *
NILS J. BERG,                           *
                                        *
                     Defendants.        *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

### APPLICATION FOR ENTRY OF DEFAULT

TO THE CLERK OF THE COURT:

Please enter the default of Defendants, for failure of said Defendants to plead or otherwise defend, as required by law.

|  |  |
|---|---|
|  | Howard Radzely<br>Solicitor of Labor |
|  |  |
|  | Frank V. McDermott, Jr.<br>Regional Solicitor |
| Post Office Address: |  |
|  |  |
| U.S. Department of Labor | /s/ Karin J. Froom |
| Office of the Regional Solicitor | Karin J. Froom |
| JFK Federal Building - Room E-375 | Attorney |
| Boston, Massachusetts 02203 | BBO No. 552391 |
| TEL: (617) 565-2500 |  |
| FAX: (617) 565-2142 | U.S. Department of Labor |
|  | Attorneys for Plaintiff |
|  |  |
|  | March 2, 2005 |