UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO, SECRETARY OF LABOR,    *
United States Department of Labor,     *
                                       *
                    Plaintiff,         *
                                       *   CIVIL ACTION
                                       *
                                       *   FILE NO. 04-11613 DPW
            v.                         *
                                       *
DANCING LOBSTER, INCORPORATED and      *
NILS J. BERG,                          *
                                       *
                    Defendants.        *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

AFFIDAVIT of ATTORNEY KARIN J. FROOM FOR ENTRY OF DEFAULT

```
COMMONWEALTH OF MASSACHUSETTS    *
                                 *    ss
COUNTY OF SUFFOLK                *
```

I, Karin J. Froom being duly sworn on oath say that:

(1.)   Attorney Karin J. Froom is the Plaintiff's attorney of record in the above entitled action.

(2.)   The Waivers of Service of Summons and Complaint were executed on October 12, 2004 by Nils J. Berg, President of Dancing Lobster, Inc., as appears from the waivers of service on file herein. The Answer was due on December 13, 2004.

(3.)   The time within which the Defendants may answer or otherwise plead as to the Complaint has expired and has not been further extended;

     (4.)    Upon Attorney Froom's information and belief, the Defendants are not within the classification of infant, incompetent or in the military service of the United States.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  March 2, 2005

/s/ Karin J. Froom
Attorney Karin J. Froom

                                              Howard Radzely
                                              Solicitor of Labor

                                              Frank V. McDermott, Jr.
                                              Regional Solicitor

Post Office Address:

| U.S. Department of Labor | /s/ Karin J. Froom |
| Office of the Regional Solicitor | Karin J. Froom |
| JFK Federal Building - Room E-375 | Attorney |
| Boston, Massachusetts 02203 | BBO No. 552391 |
| TEL: (617) 565-2500 | |
| FAX: (617) 565-2142 | U.S. Department of Labor |
| | Attorneys for Plaintiff |

March 2, 2005

Case 1:04-cv-11613-DPW     Document 4-2     Filed 03/02/2005     Page 3 of 3