UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO, SECRETARY OF LABOR,   *
United States Department of Labor,    *
                                      *
                   Plaintiff,         *
                                      *   CIVIL ACTION FILE NO. 04-11613 DPW
              v.                      *
                                      *
DANCING LOBSTER, INCORPORATED and     *
NILS J. BERG,                         *
                                      *
                   Defendants.        *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

ENTRY OF DEFAULT

IT APPEARING that the Defendants in default for failure to plead or otherwise defend in this action, as required by law; now, therefore, on application of Plaintiff, Secretary of Labor, United States Department of Labor, acting through Attorney Karin J. Froom, attorney of record,

DEFAULT IS HEREBY ENTEDED as against Defendants, this _____ day of _____ , 2005.

 

_____
Clerk, United States District Court