UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Elaine L. Chao<br>Secretary of Labor,<br>United States<br>Department of Labor<br>  Plaintiffs,<br><br>      v.<br><br>Dancing Lobster Inc.<br>Nils J. Berg<br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)   NO. 04-11613-DPW<br>)<br>)<br>)<br>) |

### NOTICE OF DEFAULT

Upon application of the Plaintiff for an Order of Default for failure of the Defendant, **Nils J. Berg**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant **Nils J. Berg** have been defaulted this **10th day of March 2005.**

                              Sarah A. Thornton
                              Clerk
                        by:   _____
                              Deputy Clerk