UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELAINE CHAO, Secretary of Labor,<br>United States Department of Labor,<br><br>       Plaintiff,<br><br>vs.<br><br>DANCING LOBSTER, INCORPORATED<br>and NILS J. BERG<br><br>       Defendants. | CIVIL ACTION<br><br>FILE NO. 04-11613 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for Defendant, *Dancing Lobster, Incorporated and Nils J. Berg,* in the within action.

                Respectfully submitted by,

                _____
                Karen D. Simão (BBO #652542)
                McDermott, Quilty & Miller LLP
                21 Custom House Street, Suite 300
                Boston, MA 02110
                (617) 946-4600

Dated: March 31, 2005

## CERTIFICATE OF SERVICE

I, Karen D. Simão, hereby certify that the foregoing was served this 31th day of March, 2005, by first class mail, postage prepaid, upon:

Karin J. Froom, Esquire
U.S. Department of Labor
Office of the Solicitor
John F. Kennedy Federal Building – Rm. E-375
Boston, MA 02203

                                         Karen D. Simão (BBO #652542)
                                         McDermott, Quilty & Miller LLP
                                         21 Custom House Street, Suite 300
                                         Boston, MA 02110
                                         (617) 946-4600