EXHIBIT A

| | | | |
|---|---|---|---|
| 1. | Joey Breneman | 296 A Commercial Street<br>Provincetown, Massachusetts 02757 | $384.64 |
| 2. | Rodrigo Camejo | Barrio Biarritz Avenida Central<br>Maldonado, Uruguay | $11,639.44 |
| 3. | Vincenzo Castiglia | 289 Bradford Street<br>Provincetown, Massachusetts 02757 | $2,268.76 |
| 4. | James Gannon | 3 Alden Way<br>North Truro, Massachusetts 02652 | $168.44 |
| 5. | Jakob Kabat | 7 Borovska<br>Czech Republic | $2,882.86 |
| 6. | Todd LaMadeleine | P.O. Box 1868<br>Provincetown, Massachusetts 02757 | $1,066.46 |
| 7. | Wendy Martin | 476 Commercial Street<br>Provincetown, Massachusetts 02757 | $53.82 |
| 8. | Thomas McGowan | P.O. Box 75<br>Provincetown, Massachusetts 02757 | $192.96 |
| 9. | Luca Michelini | 8 Johnson Street<br>Provincetown, Massachusetts 02757 | $4,110.20 |
| 10. | Gustavo Orta | Calle 20 No. 717<br>Punta Del Este, Uruguay | $2,739.36 |
| 11. | Hector F. Trinidad | Calle 20 y 25 Edificio Biarritz –<br>Apt. 206<br>Punta Del Este, Uruguay | $11,267.58 |
| 12. | Eva Varhanikova | Gen Svobody 625/4<br>Czech Republic | $86.63 |

**TOTAL:** $36,861.15